P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS · OF TEXAS · TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401682DEC. 17. 2015

**RETURN TO SENDER**
NEED FULL NAME, SPN #, AND
CELLBLOCK # TO IDENTIFY INMATE

ANK